1  Dan Roth (SBN 270569)
   LAW OFFICE OF DAN ROTH
2  803 Hearst Ave.
   Berkeley, CA 94710
3  Telephone: (510) 849-1389
   dan@drothlaw.com
4
   Dustin Pusch*
5  MEIER WATKINS PHILLIPS PUSCH LLP
   1120 20th Street NW, Suite 550
6  Washington, DC 20036
   Telephone: (202) 318-3655
7  dustin.pusch@mwpp.com
   *Pro Hac Vice Application Forthcoming
8
   Attorneys for Applicant Leroy Bressington
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12

13 | *In re Ex Parte* Application of | MISCELLANEOUS CASE NO.:
14 | Leroy Bressington, |
15 | Applicant, | **LEROY BRESSINGTON'S *EX PARTE*
   |            | APPLICATION FOR AN ORDER
16 | For an Order Pursuant to 28 U.S.C. § 1782 | PURSUANT TO 28 U.S.C. § 1782
   | Granting Leave to Obtain Discovery for Use | GRANTING LEAVE TO OBTAIN
17 | in Foreign Proceedings | DISCOVERY FOR USE IN FOREIGN
   |                        | PROCEEDINGS**
18

19        Petitioner Leroy Bressington ("Bressington"), through counsel, applies to the Court for an

20 order under 28 U.S.C. § 1782(a) granting him leave to issue a subpoena to Reddit, Inc. ("Reddit")

21 to produce documents and give testimony for potential use in lawsuits filed in Australia against

22 anonymous John Does.

23        This Application is supported by the memorandum of points and authorities filed herewith,

24 and the Declarations of Dustin Pusch ("Pusch Decl.") and Benjamin Kay ("Kay Decl.").   A

25 proposed order is attached hereto as **Exhibit 1**, and a proposed subpoena to produce documents,

26 information, or objects in a civil action is attached hereto as **Exhibit 2**.  A Certification of Interested

27 Parties or Persons will be filed separately**.**

28

1    Dated:      October 7, 2025              LAW OFFICE OF DAN ROTH

2
                                            BY:    /s/ Dan Roth
3                                           Dan Roth (SBN 270569)
                                            *Attorney for Applicant Leroy Bressington*
4

5    Dated:      October 7, 2025              MEIER WATKINS PHILLIPS PUSCH LLP

6
                                            BY:    /s/ Dustin Pusch
7                                           Dustin Pusch*
                                            **Pro Hac Vice* Application Forthcoming
8                                           *Attorney for Leroy Bressington*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dan Roth (SBN 270569)
LAW OFFICE OF DAN ROTH
803 Hearst Ave.
Berkeley, CA 94710
Telephone: (510) 849-1389
dan@drothlaw.com

Dustin Pusch*
MEIER WATKINS PHILLIPS PUSCH LLP
1120 20th Street NW, Suite 550
Washington, DC 20036
Telephone: (202) 318-3655
dustin.pusch@mwpp.com
*Pro Hac Vice Application Forthcoming

*Attorneys for Applicant Leroy Bressington*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Ex Parte* Application of<br><br>Leroy Bressington,<br><br>Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782<br>Granting Leave to Obtain Discovery<br>for Use in Foreign Proceedings | MISCELLANEOUS CASE NO.:<br><br>***EX PARTE* APPLICATION FOR AN<br>ORDER PURSUANT TO 28 U.S.C. § 1782<br>GRANTING LEAVE TO OBTAIN<br>DISCOVERY FOR USE IN FOREIGN<br>PROCEEDINGS** |

## <u>TABLE OF CONTENTS</u>

TABLE OF AUTHORITIES ................................................................................................ ii

INTRODUCTION ............................................................................................................... 1

LOCAL RULE 3-5 STATEMENT OF JURISDICTION.................................................... 2

FACTUAL BACKGROUND .............................................................................................. 3

    A.    Bressington co-founds the Australian indie-pop duo Royel Otis and helps grow it into an internationally acclaimed powerhouse band. ............................................. 3

    B.    Mr. Bressington, performing under an alias, lives a private life and, other than one minor incident of mistaken larceny in his youth, has never otherwise run afoul of the law anywhere. ................................................................................... 3

    C.    On the heels of the duo's critical and commercial breakthrough, Mr. Bressington becomes the target of a defamatory campaign built on demonstrably false claims of sexual misconduct. ...................................................... 4

    D.    Upon information and belief, this false and defamatory campaign against Bressington has been coordinated and implemented by one person or a select few individuals. ...................................................................................................... 9

    E.    Reddit has implemented specific rules and guidelines for its users to prevent this type of false campaign—but refuses to enforce them in this case. ................... 9

ARGUMENT ..................................................................................................................... 10

II.    Mr. Bressington's Application Satisfies Section 1782's Three Statutory Requirements. ...................................................................................................................... 11

III.    The Discretionary *Intel* Factors Weigh in Favor of Granting the Application. ................. 12

    A.    Reddit would not be compelled to provide discovery in the contemplated foreign proceeding. ........................................................................................... 13

    B.    There is no evidence that courts in the relevant jurisdiction will reject discovery obtained under section 1782. ............................................................................. 13

    C.    This Application does not attempt to circumvent foreign proof-gathering restrictions. ......................................................................................................... 14

    D.    Mr. Bressington's request is not unduly burdensome............................................. 15

CONCLUSION .................................................................................................................. 16

1

## TABLE OF AUTHORITIES

2

**CASES**

3

*Akebia Therapeutics, Inc. v. FibroGen, Inc.*,

4

    793 F.3d 1108 (9th Cir. 2015).................................................................................. 12

5

*Franklin v. Madden*,

6

    586 F. App'x 431 (9th Cir. 2014) ........................................................................... 15

7

*Hey, Inc. v. Google, Inc.*,

8

    No. 22-mc-80034, 2022 WL 1157490 (N.D. Cal. Apr. 19, 2022)............................ 16

9

*HRC-Hainan Holding Co., LLC v. Hu*,

10

    No. 19-mc-80277, 2020 WL 906719 (N.D. Cal. Feb. 25, 2020) ........................ 11, 15

11

*In re Eurasian Nat. Res. Corp.*,

12

    No. 18-mc-80041, 2018 WL 1557167 (N.D. Cal. Mar. 30, 2018) ........................... 14

13

*In re Ex Parte Application of Thomas Dexter Jakes*,

14

    Case No. 24-mc-80319 NC (N.D. Cal. Aug. 11, 2025) ........................................... 13

15

*In re Hattori*,

16

    No. 21-mc-80236, 2021 WL 4804375 (N.D. Cal. Oct. 14, 2021) ........................... 16

17

*In re Hybe Co.*,

18

    No. 24-mc-80228, 2024 WL 4906495 (N.D. Cal. Nov. 27, 2024) ........................... 11

19

*In re Joint Stock Co. Raiffeinsenbank*,

20

    No. 16-mc-80203, 2016 WL 6474224 (N.D. Cal. Nov. 2, 2016) ............................ 15

21

*In re Letters Rogatory From Tokyo Dist. Prosecutor's Office*,

22

    16 F.3d 1016 (9th Cir. 1994)................................................................................... 15

23

*In re Mishra*,

24

    No. 22-CV-08923-BLF, 2022 WL 17905112 (N.D. Cal. Dec. 23, 2022) ............... 14

25

26

27

28

*In re Motorola Mobility, LLC*,

    No. 12-cv-80243, 2012 WL 4936609 (N.D. Cal. Oct. 17, 2012) ........................................ 13, 14

*In re Request for Judicial Assistance for the Issuance of Subpoena Pursuant to 28 U.S.C. 1782*,

    No. 11-cv-80136, 2011 WL 2747302 (N.D. Cal. July 13, 2011) ............................................. 13

*In re Varian Med. Sys. Int'l AG*,

    No. 16-mc-80048, 2016 WL 1161568 (N.D. Cal. Mar. 24, 2016) ........................................... 14

*In re Yasuda*,

    No. 19-mc-80156, 2020 WL 759404 (N.D. Cal. Feb. 14, 2020) ............................................. 12

*Intel Corp. v. Advanced Micro Devices, Inc.*,

    542 U.S. 241 (2004) ....................................................................... 10, 11, 12, 13, 14, 15

*Liapis v. Meta Platforms, Inc.*,

    No. 24-MC-80267-PHK, 2025 WL 1294651 (N.D. Cal. May 5, 2025) .................................. 14

*London v. Does*,

    279 F. App'x 513 (9th Cir. 2008) ........................................................................ 13

*Matter of the Application of Ching Chung Taoist Ass'n of Hong Kong Ltd.*,

    No. 3:16-MC-80157-LB, 2016 WL 5339803 (N.D. Cal. Sept. 23, 2016) .............................. 14

*Siemens AG v. W. Digital Corp.*,

    No. 13-cv-1407, 2013 WL 5947973 (C.D. Cal. Nov. 4, 2013) ............................................ 14

*United States v. Meta Platforms, Inc.*,  No. 23-MC-80249-PHK, 2023 WL 8438579 (N.D. Cal.

    Dec. 5, 2023) .................................................................................................... 15

**STATUTES**

28 U.S.C. § 1782 ........................................................................................... 2, 10, 13

1

## **INTRODUCTION**

2    Petitioner Leroy Bressington, the co-founder and lead guitarist of the internationally-

3    acclaimed Australian indie-pop duo Royel Otis (the "Band"), who performs under the name Royel

4    Maddell, has, for the last several months, been the target of a vicious and coordinated defamatory

5    campaign that originated on the controversial social media forum and platform, Reddit. After the

6    release of the Band's latest single, "Moody", specific individuals seeking to destroy Bressington's

7    reputation and take down the Band took advantage of some criticism over the hit song's lyrics to

8    falsely label Bressington as a sexual "predator" and to falsely and publicly claim that he was found

9    "guilty" of engaging in a nonconsensual sexual relationship with a minor while he was her music

10   teacher.  Not only do these allegations have no basis in reality and no evidence to back them up,

11   but these specific individuals who manufactured the claims knew it and went so far as to manipulate

12   a single past transgression involving Bressington pleading no contest to a minor larceny offense to

13   claim that he had in fact been arrested, charged, and pled guilty to a sexual offense.

14    And now, these demonstrably false claims have spread beyond Reddit to other social media

15   platforms—including Instagram, X, and TikTok—and even into the news media.

16    For his part, Bressington has, through counsel, tried to engage Reddit on multiple occasions

17   to take action, enforce its own terms and rules, remove the numerous defamatory comments about

18   him from the platform, and provide him with information about the individual or individuals

19   spreading these lies so that he may hold them accountable under Australian law.  True to form,

20   Reddit has refused to assist Bressington in any way and refused to enforce its own rules, and it

21   continues to allow these defamatory posts to remain on its platform and to spread beyond it.

22    Accordingly, Bressington files this *ex parte* application (the "Application") pursuant to 28

23   U.S.C. § 1782 for discovery in aid of contemplated proceedings in Australia, where he resides and

24   where he suffered harm, and to specifically ask for assistance from this Court to uncover the

25   identities of the individual perpetrators.  Bressington therefore seeks discovery from Reddit, Inc. to

26   obtain identifying information—specifically, IP addresses, cellular phone numbers, emails

27   addresses, and/or names—associated with these Reddit accounts that are publishing these false and

28   harmful defamatory comments to support contemplated litigation in Australia (the "Foreign

1  Litigation"). In order to file a civil lawsuit in Australia, it is necessary to first determine that the

2  claims have a connection to or nexus with Australia, including that the purported defendants reside

3  in Australia. That is the purpose of seeking discovery in relation to the accounts subject of the

4  Application. A complete list of the accounts and the subject defamatory and false comments is

5  attached as **Exhibit A** to the declaration of Dustin A. Pusch ("Pusch Decl."), and the proposed

6  subpoena to Reddit is attached as **Exhibit 2** to the Application. As explained in further detail

7  below, this Application meets each of the statutory and discretionary factors this Court routinely

8  considers in analyzing an application under Section 1782. Accordingly, the Application should be

9  granted.

10      Bressington is a true artist committed to his craft, who understands that art can sometimes

11  be controversial, and that people can have differing opinions about not only the art but by extension

12  (logical, or not) the artist. Still, he never expected that his newfound fame and recent success would

13  make him a target for false and defamatory attacks. These defamatory accusations have caused

14  serious harm to his reputation and greatly impacted his career. Left with no other choice, he brings

15  this petition in the hopes of holding the individuals responsible accountable.

16                    **LOCAL RULE 3-5 STATEMENT OF JURISDICTION**

17      The District Court has jurisdiction over Mr. Bressington's Application under 28 U.S.C. §

18  1782 because Mr. Bressington anticipates litigating defamation claims against the anonymous

19  Reddit users abroad. To proceed with the contemplated Foreign Litigation, Mr. Bressington

20  requires third-party discovery from Reddit to identify the person(s) who posted the defamatory

21  comments online. Based on publicly available information, Reddit resides in the Northern District

22  of California and is headquartered in San Francisco, California. (Pusch Decl. ¶ 10, Ex. H).

23      Pursuant to Civil L.R. 3-2, assignment to either the San Francisco or Oakland Division is

24  appropriate because Reddit maintains its headquarters in San Francisco County, California.

25

26

27

28

## FACTUAL BACKGROUND

**A.    Bressington co-founds the Australian indie-pop duo Royel Otis and helps grow it into an internationally acclaimed powerhouse band.**

Leroy Bressington, who performs professionally under the name Royel Maddell, is one half the internationally acclaimed Australian indie-pop duo Royel Otis.  (Pusch Decl. ¶ 3, Ex. B).  In 2019, Bressington, a former music teacher, teamed up with Otis Pavlovic to form the group, with Bressington primarily on guitar and Pavlovic providing vocals.  (Pusch Decl. ¶ 3, Ex. B).  After forming, Royel Otis released a series of three EPs, and in early 2024, the Grammy's named Royel Otis as one of their "25 Artists to Watch."  (Pusch Decl. ¶ 3, Exs. B and D).  In February of the same year, Royel Otis put out their debut full-length studio album, *Pratts & Pain*.  (Pusch Decl. ¶ 3, Ex. B).  In October 2024, Royel Otis performed live on ABC's *Jimmy Kimmel Live!*,[1] after which the band was signed by prominent record label Capitol Records. (Pusch Decl. ¶ 3, Exs. E and F.)

The duo attained their first Billboard #1 with their hit song, "Moody," from their second album, *Hickey*, which released in August of 2025. (Pusch Decl. ¶ 3, Ex. C).

**B.    Mr. Bressington, performing under an alias, lives a private life and, other than one minor incident of mistaken larceny in his youth, has never otherwise run afoul of the law anywhere.**

Bressington, working professionally under the name Royel Maddell, lives a very private life, sparingly giving interviews and engaging with the public—other than in his sold-out shows and live appearances.  (Pusch Decl. ¶ 3, Ex. B).

Moreover, absent one single incident a decade ago, Bressington has never otherwise run afoul of the law.  (Pusch Decl. ¶ 7).  And that incident involved a case where, in 2015, Bressington and a friend unintentionally took a jacket when they were leaving a bar, for which Bressington and his friend took full accountability for what happened, pled no-contest to a minor misdemeanor charge, and compensated the owner of the jacket for its value.  Ultimately, no conviction was recorded with a 12-month good behavior bond.  (Pusch Decl. ¶ 7).  Indeed, until the coordinated and false campaign perpetrated by unknown individuals on Reddit who are intent on destroying his

---

[1] *See also* https://www.youtube.com/watch?v=RwsmT4dX5Wk.

reputation and the Band's success, Bressington has never been charged with, or to his knowledge, even accused of, a crime.  (Pusch Decl. ¶ 7).

### C. On the heels of the duo's critical and commercial breakthrough, Mr. Bressington becomes the target of a defamatory campaign built on demonstrably false claims of sexual misconduct.

In May 2025, after releasing the song "Moody", Bressington became the target of an online coordinated defamatory campaign leveled at him via multiple social media platforms, including and most prominently via, the controversial platform Reddit.  (Pusch Decl. ¶¶ 4-5, Ex. A).  Users critical of the lyrics of "Moody" planned and implemented attacks not based on any valid disagreement, but rather on manufactured and knowingly and provably false claims that Bressington had engaged in a nonconsensual and predatory relationship with a minor more than a decade prior.  A compilation of the false and defamatory posts and accounts that posted them (herein "Subject Reddit Users") on Reddit is attached as Exhibit A to the declaration of Dustin Pusch.

Many of these demonstrably false comments first appeared on a Reddit thread in the Triple J subreddit started by user **draftparachute** to seemingly discuss the lyrics of the new single (Triple J is Australia's premier radio station for young listeners of Australian and global music, owned by the Australian Broadcasting Corporation).[2] (Pusch Decl. ¶¶ 4-5, Ex. A).

However, rather than genuinely discussing the song, the comments instead largely promote a false and defamatory story: that Bressington was found "guilty" of being a predator and of grooming one of his underage students when he was a music teacher.

Other Reddit accounts came together in concert to support this defamatory narrative, and one user account, **Available-Big-4279**, even became the moderator of a separate subreddit solely meant to discuss the allegations, *r/RoyelOtisAllegations*.[3] (Pusch Decl. ¶¶ 4-5, Ex. A).)

---

[2] *See* https://www.reddit.com/r/triplej/comments/1kk21j9/removed_by_moderator/

[3] *See* https://www.reddit.com/r/royelotisallegations/best/

LEROY BRESSINGTON'S *EX PARTE* APPLICATION
FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15



16    For example, user **Opening-Software-998** commented on the thread "I thought it was

17  basically common knowledge that Leroy Francis is a predator, no? Wasn't he found guilty of

18  grooming one of his music students?" and that "I know someone who dated him a while ago. He

19  confessed this all to them."  User **viiicessss** responded to **Opening-Software-998's** first comment

20  by writing "FINALLY! It's an open industry secret that no one is talking about for some reason,"

21  and **Opening-Software-998** replied to that with, "Exactly. Everyone in the industry knows,

22  including Triple J who "blacklisted" Leroy."   User **Correct-Sample-2833** also discussed the

23  alleged "blacklisting", commenting "Industry people have talked about the alleged stat raaype and

24  triple j blacklisting necessitating the hair thing since this band first appeared…If there's truth to it

25  a lot of people should be ashaymed imho." User **InteractionSquare876** responded with "it's

26  1000% true."

27
28

Elsewhere in the thread, user **itheangel** wrote "Without trying to dox myself I. I was there during and after. He was in a relationship with a minor at the time. Her parents caught him having sex with her in their house. He jumped out of their window which is how he broke his legs. Blamed it on a taxi driver. The parents refused to press charges which is why there is no conviction/charges. It is a very very well known secret."  User **Fantastic_Lion5704** purported to confirm this story, commenting that "he was in a wheelchair after jumping out the window. it's widely known / i knew him personally" and that "16 or under cannot consent to an authoritative teacher, etc. which leroy was. not sure what happened there but i remember his friends defending him / saying he continued to date the girl for a while so perhaps she didn't want to press charge."  User **Puzzleheaded_Map206** also commented to back up the false narrative, posting "I was a student at the school and yes this happened. IIRC it was around 2015 or so" and "He was definitely over 18 at the time. Source I was a student at the school. I estimate he was mid-20s at least.  And user **Official_Kanye_West** jumped in on the thread to write "Yeah I've heard this too. What do you mean 'jumping out of her window' - I just heard he slept with someone he taught as a school music teacher. Reprehensible either way."

On the same thread, user **ibispire** commented "She was 15 when they started having regular sex" (seemingly referring to the music student that Bressington supposedly "groomed"), and user **InteractionSquare86** claimed to have received music lessons from Bressington and alleged that "a person can certainly come this far without being questioned and investigated. people go miles to cover this shit up, especially when they have money."  And user **MathematicianAny9271** commented "Anyone got access to case file re Leroy Francis' grooming of a minor when he was a music teacher?"  User **No-Biscotti-9527** shared a screenshot of Bressington's public court mentions to the thread, writing "Can see his public court mentions, but not the actual case. Assuming because it involves a minor."

Some Reddit users began commenting the defamatory accusations on other threads as well. In a different thread on the Triple J subreddit where someone asked, "Can somebody tell me why it is a heavily known industry secret that Roy from Royel Otis (allegedly) groomed a 16 year old when he was a music teacher but Triple J still supports them?" user **Ok_Price7419** commented

"'Roy' aka solo project Leroy Francis got dropped from an album deal with Mushroom Records circa 2017 because of this controversy surrounding an under age girl. No documentation of the deal is online, and he got dropped before his album could be released. So people know, and there were real life consequences at the time. But it's less known that he is the same guy in Royel Otis just hiding his face and with a new stage name."

And on a Reddit thread on the Royel Otis subreddit to discuss the lyrics of Royel Otis' new song, "Moody", user **ibisbire** commented "Nothing to do with the lyrics anymore Mitch. It's about the fucking young girls when he was their teacher vibes."  User **Most_Roll4998** commented "I only had just started listening to their music but I have stopped since finding out about the very much true allegations this week. I won't listen to a pedophiles music and that's exactly what Leroy is. They can try and hide it but it won't stay buried forever and with them referencing Lolita (a book about grooming a minor) in the music video it just makes them look way more guilty. The court documents, the photo of his broken leg and the fact i've talked to someone who went to the school and she said it's true it's all disgusting and can't be ignored. That man groomed that child and it's vile. He can cover his hair and change his name but he can't cover the truth."  User **Available-Big-4279** commented "It is 100% confirmed btw. There is photos of his court summons, him in a wheelchair after jumping out of his window and it is a industry wide secret that his solo project was blacklisted by triple j. As much as it pains me to say, he is a predator."

Unfortunately, these claims have not been contained solely to fringe Reddit accounts.  They have spread to other social media outlets—including Instagram, X, and TikTok—and have even been picked up by media outlets.  For example, on August 20, 2025—right after Royel Otis's second album was released—media website Primetimer posted a story titled, "What are the allegations against Royel Otis? Photo with Lola Tung sparks backlash among fans," which detailed the very same Reddit posts detailed above.  (Pusch Decl. ¶ 6, Ex. G).

1     ***These allegations are entirely false***. Bressington has never been accused, charged,

2     convicted or sentenced by any court or investigative authority in regard to sexual misconduct.  And

3     the court records mentioned in the posts on Reddit plainly and obviously relate to a charge of

4     larceny—a fact that anyone reading the records would know and understand immediately.   The

5     intentionality of the claims is evident by the fact that these anonymous posters have even posted a

6     screenshot of the records, which they intentionally misrepresented and mischaracterized as relating

7     to a charge of sexual misconduct, despite saying no such thing:[4]

8

9

10

11

12

13

14

15



16

17

18

19

20

21

22

23

24

25

26

27

28     _____

[4] *See* Pusch Decl. ¶¶ 4-5, Ex. A (https://www.reddit.com/user/No-Biscotti-9527/).

LEROY BRESSINGTON'S *EX PARTE* APPLICATION
FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782

Moreover, no such allegations have ever been alleged against Bressington by *any* of his former partners.  And Mr. Bressington has never been dropped from an album deal for accusations of sexual misconduct, nor has he been "blacklisted" by Triple J either.  Thus, the false allegations noted above have absolutely no basis in fact and indeed were invented out of whole cloth specifically to spread and perpetuate these false claims and destroy Bressington's reputation and music career.

> **D.    Upon information and belief, this false and defamatory campaign against Bressington has been coordinated and implemented by one person or a select few individuals.**

Based on an analysis of the accounts, defamatory posts, and follow-up comments further spreading the defamatory posts and causing them to go viral, there is reason to believe that this Reddit campaign is a result of a coordinated attack on Bressington's reputation and music career. On information and belief, some of the accounts identified above that posted the defamatory comments about Bressington created additional "burner" accounts to like and interact with their comments so as to boost the false and defamatory narrative that they were spreading.  (Pusch Decl. ¶ 9).

It is expected that discovery into the identities of the individuals behind the violative accounts will reveal further connections between them.  Moreover, on information and belief, it appears that many of the account holders behind the accounts spreading this defamatory information about Bressington are located in Australia.  (Kay Decl. ¶ 5).

> **E.    Reddit has implemented specific rules and guidelines for its users to prevent this type of false campaign—but refuses to enforce them in this case.**

In its User Agreement, Reddit Rules, and Moderator Code of Conduct, Reddit sets forth rules and guidelines for its users that it asserts if violated, could lead to content moderation, content deletion, and account suspension or termination.[5]  For example, the User Agreement and Reddit Rules prohibit users from using Reddit "to violate applicable law," demands users "respect the privacy of others" and refrain from "instigating harassment," and tells users to refrain from

---

[5] *See*  https://redditinc.com/policies/user-agreement;  https://redditinc.com/policies/reddit-rules; https://redditinc.com/policies/moderator-code-of-conduct.

"impersonat[ing] an individual or an entity in a misleading or deceptive manner."[6]  As described above, the Subject Reddit Users violated one or more of their agreements with Reddit and the underlying rules.

Bressington therefore, through Australian counsel, has first and foremost taken the required steps to alert Reddit of these violations, request the defamatory posts be taken down pursuant to Reddit's own terms, and to obtain the necessary information from Reddit that would allow him to uncover the identities behind the accounts spreading defamatory information about him.  (Kay Decl. ¶ 12).  After weeks of silence, Reddit finally responded and refused to enforce its own terms or to give any information about the violative accounts.  (Kay Decl. ¶ 12).  Thus, it is necessary for Bressington to bring this present action so that he might hold those responsible for this defamatory campaign against him accountable.

## **ARGUMENT**

Without aid from this Court, Mr. Bressington has only been able to identify the usernames of the accounts that have been spreading the defamatory accusations, but not the names of, or other necessary information for, the individuals who could serve as potential defendants in a lawsuit.  As a result, Bressington seeks permission under 28 U.S.C. § 1782 to issue a subpoena to Reddit seeking information that would aid him in identifying those behind the blatantly false and defamatory information that is being spread about him across Reddit and beyond.

This request fits squarely within the intended purpose of Section 1782; Section 1782 was enacted "to provide federal-court assistance in gathering evidence for use in a foreign tribunal."  *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 247 (2004).  The statute specifically provides that "upon the application of any interested person" the "district court of the district in which a person resides … may order him to … produce [] document[s] … for use in a proceeding in a foreign or international tribunal[.]"  28 U.S.C. § 1782(a).  Once the moving party has made the required statutory showing, "a district court has wide discretion to grant discovery under [Section] 1782."  *HRC-Hainan Holding Co., LLC v. Hu*, No. 19-mc-80277, 2020 WL

---

[6] *Id.*

906719, at *3 (N.D. Cal. Feb. 25, 2020).  Bressington's Application satisfies each of Section 1782's statutory requirements, as well as the discretionary factors under *Intel*, and thus should be granted.

## II.    Mr. Bressington's Application Satisfies Section 1782's Three Statutory Requirements.

Pursuant to Section 1782, a federal court may grant ex parte applications for discovery when three statutory requirements have been met: (1) the person or entity from whom the discovery is sought resides or is found in the district of the district court where the application is made; (2) the discovery is being sought for use in a contemplated proceeding before a foreign tribunal; and (3) the application is made by an interested person.  *In re Hybe Co.*, No. 24-mc-80228, 2024 WL 4906495, at *2 (N.D. Cal. Nov. 27, 2024).  Here, Bressington's Application for a subpoena to Reddit, seeking to uncover the identities of the users spreading the defamatory accusations, satisfies all three of the statutory requirements under Section 1782.

*First*, for the purposes of Section 1782, "[a] business entity is 'found' in the judicial district where it has its principal place of business."  *HRC-Hainan Holding Co.*, 2020 WL 906719, at *4.  For Reddit, that is San Francisco, California, which is within the Northern District of California's jurisdiction.  (Pusch Decl. ¶ 10, Ex. H).

*Second*, Bressington brings this Application to seek discovery for use in a contemplated proceeding before a foreign court—in this case, prospective defamation litigation brought in Australia against those who have been spreading the false and defamatory accusations about him on social media.  Australia is where Bressington resides and where he has suffered the brunt of the harm from this defamatory campaign.  (Pusch Decl. ¶ 11).  And, on information and belief, the individuals behind many of the accounts spreading the lies about Bressington are also located in Australia.  (Kay Decl. ¶ 5).  It is of no consequence that the proceedings have not yet been filed and are not active or necessarily imminent but are rather in the beginning stages of the potential litigation process in Australia; Section 1782 does not require the foreign proceeding to be "'pending' or 'imminent'" for the court to grant the application.  On the contrary, all that is required is that "the 'proceeding' for which discovery is sought" be "in reasonable contemplation."  *Intel*, 542 U.S. at 247; *see In re Yasuda*, No. 19-mc-80156, 2020 WL 759404, at *4 (N.D. Cal. Feb. 14, 2020).  Courts have even granted discovery requests pursuant to Section 1782 even when the

contemplated litigation is only at the investigative stage. *In re Yasuda*, 2020 WL 759404, at *4. And here, Bressington's Australian counsel has affirmed that Mr. Bressington has strong and viable claims for defamation, and that they are ready and very likely to initiate defamation proceedings under Australian law once they ascertain the identity of the users behind the accounts spreading defamatory information. (Kay Decl. ¶¶ 6-7). Indeed, they have already taken the initial required steps for doing so by reaching out to Reddit and attempting to resolve these issues without such intervention—which Reddit has expressly rejected. (Kay Decl. ¶ 12).

**Third**, because Bressington is the prospective plaintiff in the contemplated Foreign Litigation, he is plainly an "interested party" and is therefore entitled to seek discovery under Section 1782. "[L]itigants are included among, and may be the most common example of, the 'interested person[s]' who may invoke § 1782." *Intel*, 542 U.S. at 256; *see also Akebia Therapeutics, Inc. v. FibroGen, Inc.*, 793 F.3d 1108, 1110 (9th Cir. 2015) ("An 'interested person' seeking to invoke the discovery mechanism set forth under § 1782 may include 'not only litigants before foreign or international tribunals, but also ... any other person [who] ... merely possess[es] a reasonable interest in obtaining [judicial] assistance.'") (citation omitted).

### III.   The Discretionary *Intel* Factors Weigh in Favor of Granting the Application.

As Bressington's Application has met all of the statutory requirements under Section 1782, it is within this Court's discretion to grant it. In determining whether to grant a 1782 petition, courts look at the four factors laid out by the Supreme Court in *Intel*: (1) whether the person or entity from whom discovery is sought is a participant in the foreign proceeding; (2) the nature of the foreign tribunal, the character of the proceedings abroad, and the receptivity of the foreign government to U.S. federal court assistance; (3) whether the requests conceal an attempt to circumvent foreign proof-gathering restrictions or other policies of a foreign country or the United States; and (4) whether the request is unduly burdensome. 542 U.S. at 264-65. But it should be noted that, "[t]he party seeking discovery need not establish that the information sought would be discoverable under the governing law in the foreign proceeding or that United States law would allow discovery in an analogous domestic proceeding." *In re Takada*, 2022 WL 4913183, at *3. And courts in this jurisdiction grant such applications for discovery even where litigation in the foreign forum is

merely contemplated, rather than active.  *See, e.g., In re Ex Parte Application of Thomas Dexter Jakes*, Judgment (Dkt 27), Case No. 24-mc-80319 NC, (N.D. Cal. Aug. 11, 2025).

As with the statutory requirements, each factor weighs heavily in favor of granting Bressington's Application.

### A.    Reddit would not be compelled to provide discovery in the contemplated foreign proceeding.

The first *Intel* factor inquires whether the person from whom discovery is sought is a participant in the foreign proceeding; if they are not, that weighs in favor of granting the Application. *Intel*, 542 U.S. at 264-65.  Here, this factor favors granting discovery from Reddit because Reddit will not be a party to the Foreign Litigation.  The Supreme Court has held that this weighs in favor of granting discovery pursuant to Section 1782 because "nonparticipants in [a] foreign proceeding may be outside the foreign tribunal's jurisdictional reach; hence, their evidence, available in the United States, may be unobtainable absent § 1782(a) aid."  *Intel*, 542 U.S. at 264; *see also, e.g.*, *London v. Does*, 279 F. App'x 513, 515 (9th Cir. 2008) (granting application and explaining, "evidence sought may be unattainable in the [foreign] court while it is within the district court's jurisdiction and accessible in the United States"); *In re Motorola Mobility, LLC*, No. 12-cv-80243, 2012 WL 4936609, at *2 (N.D. Cal. Oct. 17, 2012) (same); *In re Request for Judicial Assistance for the Issuance of Subpoena Pursuant to 28 U.S.C. 1782*, No. 11-cv-80136, 2011 WL 2747302, at *5 (N.D. Cal. July 13, 2011).  Because Reddit is a U.S. entity, and because it would be a "nonparticipant" in the Foreign Litigation, any relevant information that it possesses may not be attainable in the foreign court.  Therefore, it is only through this 1782 Application that Bressington will be able to obtain discovery from Reddit for use in the Foreign Litigation.  Therefore, this factor weighs in favor of granting Bressington's 1782 Application.

### B.    There is no evidence that courts in the relevant jurisdiction will reject discovery obtained under section 1782.

*Intel* next asks a court to consider the nature of the foreign tribunal, the character of the proceedings abroad, and how receptive the foreign government would be to U.S. federal court judicial assistance. *Intel*, 542 U.S. at 264-65.  Typically, in the absence of "authoritative proof that

a foreign tribunal would *reject* evidence obtained with the aid of Section 1782," this factor weighs in favor of granting the application. *Siemens AG v. W. Digital Corp.*, No. 13-cv-1407, 2013 WL 5947973, at *3 (C.D. Cal. Nov. 4, 2013) (citation omitted); *In re Apple Retail UK Ltd.*, No. 20-mc-80109, 2020 WL 3833392, at *3 (N.D. Cal. July 8, 2020).  As it relates to this factor, courts should "err on the side of permitting discovery."  *In re Eurasian Nat. Res. Corp.*, No. 18-mc-80041, 2018 WL 1557167, at *3 (N.D. Cal. Mar. 30, 2018) (citation omitted) (noting that "[t]here is no information that a U.K. court would reject information obtained through Section 1782 discovery").

In the present case, there is nothing to indicate that courts in Australia would reject any evidence obtained pursuant to 1782, and, indeed, there is reason to believe that they would accept the proof.  Courts in this district have repeatedly allowed interested parties to obtain third-party discovery under Section 1782 for use in Australia.  *Liapis v. Meta Platforms, Inc.,* No. 24-MC-80267-PHK, 2025 WL 1294651, at *6 (N.D. Cal. May 5, 2025); *In re Mishra*, No. 22-CV-08923-BLF, 2022 WL 17905112, at *4 (N.D. Cal. Dec. 23, 2022); *Matter of the Application of Ching Chung Taoist Ass'n of Hong Kong Ltd*., No. 3:16-MC-80157-LB, 2016 WL 5339803, at *5 (N.D. Cal. Sept. 23, 2016).  And Bressington's Australian counsel has affirmed that it his belief that Australian courts would accept such evidence.  (Kay Decl. ¶ 9).

Therefore, this second *Intel* factor also weighs heavily in favor of granting Bressington's Application given the lack of any "authoritative evidence" that an Australian court would reject evidence obtained via this Application, and given this Court's past history of granting 1782 petitions seeking discovery for use in Australia.

### C.    This Application does not attempt to circumvent foreign proof-gathering restrictions.

The third *Intel* factor asks whether the Application "conceals an attempt to circumvent foreign proof-gathering restrictions or other policies of a foreign country or the United States"; to the extent it does not, that weighs in favor of granting discovery.  *Intel*, 542 U.S. at 264-65; *Motorola Mobility*, 2012 WL 4936609, at *2; *In re Varian Med. Sys. Int'l AG*, No. 16-mc-80048, 2016 WL 1161568, at *5 (N.D. Cal. Mar. 24, 2016).  As to this factor, the Supreme Court has held that absent an attempt made in bad faith to undermine such evidence-gathering restrictions, this

factor weighs in favor of allowing discovery—*regardless* of whether the information sought would be discoverable in the foreign jurisdiction. *Intel*, 542 U.S. at 260-63 (explicitly holding that Section 1782 does not impose a foreign-discoverability requirement).

Bressington is not aware of any restrictions on evidence gathering procedures in Australia that would prohibit him from obtaining the discovery he has sought in this Application. On the contrary, and as discussed above, Australia is generally receptive to evidence gathered in the United States. As there is nothing to indicate that any Australian policy would weigh against the limited discovery currently being sought by Bressington, the third *Intel* factor likewise weighs heavily in favor of granting Mr. Bressington's Application.

### D.    Mr. Bressington's request is not unduly burdensome.

The fourth and final *Intel* factor asks whether the discovery request is "unduly intrusive or burdensome," *Intel*, 542 U.S. at 265, as "determined by the Federal Rules of Civil Procedure." *In re Joint Stock Co. Raiffeinsenbank*, No. 16-mc-80203, 2016 WL 6474224, at *6 (N.D. Cal. Nov. 2, 2016) (citing *In re Letters Rogatory From Tokyo Dist. Prosecutor's Office*, 16 F.3d 1016, 1019 (9th Cir. 1994)). Pursuant to the Federal Rules of Civil Procedure, "discovery 'is permitted if reasonably calculated to lead to the discovery of admissible evidence.'" *HRC-Hainan Holding Co.*, 2020 WL 906719, at *3 (quoting *Franklin v. Madden*, 586 F. App'x 431, 432 (9th Cir. 2014)).

In determining whether a request under Section 1782 is unduly burdensome, courts have repeatedly granted Section 1782 applications where the applicant seeks discovery from the operator of a website or server—such as Reddit—to reveal the identity of a person who used that service to allegedly infringe the applicant's rights. *See, e.g., United States v. Meta Platforms, Inc.*, No. 23-MC-80249-PHK, 2023 WL 8438579, at *7 (N.D. Cal. Dec. 5, 2023) (granting Section 1782 application for service of a subpoena seeking "documents showing the names, dates of birth, email addresses, telephone numbers, and 'the last three months' IP addresses' associated with five Instagram accounts, as well as 'all [of] the information' for any other Instagram accounts associated with the five Instagram accounts at issue."); *Hey, Inc. v. Google, Inc.*, No. 22-mc-80034, 2022 WL 1157490, at *2-4 (N.D. Cal. Apr. 19, 2022) (granting Section 1782 application for service of

1  subpoena seeking "documents identifying the user(s) of the three accounts; names and addresses

2  of credit card holders registered on the accounts; and access logs for the dates the tweets in question

3  were posted," and reasoning that the "discovery is appropriately tailored to documents and

4  information identifying the individual(s) responsible" for alleged wrongful conduct).

5       In the present case, Bressington seeks discovery from Reddit that would help to identify a

6  small number of users—perhaps even just one single user—posting on its site defamatory

7  accusations about him.  Therefore, the burden on Reddit is minimal and is not unduly burdensome.

8  *Hey, Inc.*, 2022 WL 1157490, at *2-*4; *Takada*, 2023 WL 1452080, at *2; *In re Hattori*, No. 21-

9  mc-80236, 2021 WL 4804375, at *5 (N.D. Cal. Oct. 14, 2021); *Apple Retail UK Ltd.*, 2020 WL

10  3833392, at *4.

11       The limited and narrow information that Bressington is seeking should allow him to uncover

12  the identities and country of residence of the users involved in this defamatory campaign to smear

13  his name, all while posing little burden on Reddit. The final *Intel* factor therefore weighs heavily

14  in favor of granting the Application—particularly given the fact that this information is necessary

15  for Bressington to initiate the Foreign Litigation.

16  **<u>CONCLUSION</u>**

17       For the foregoing reasons, Mr. Bressington respectfully requests that the Court grant his

18  Application and issue an order authorizing the issuance of the subpoena attached as **Exhibit 2** to

19  the Application.  A proposed order granting this Application is likewise enclosed as **Exhibit 1**.

20

21

22

23

24

25

26

27

28

Dated:    October 7, 2025                LAW OFFICE OF DAN ROTH


                                        BY:   */s/ Dan  Roth*_____
                                        Dan Roth (SBN 270569)

                                        *Attorney for Applicant Leroy Bressington*


Dated:    October 7, 2025                MEIER WATKINS PHILLIPS PUSCH LLP


                                        By:___*/s/ Dustin Pusch*_____
                                        Dustin Pusch*
                                        **Pro Hac Vice* Application Forthcoming

                                        *Attorney for Applicant Leroy Bressington*

LEROY BRESSINGTON'S *EX PARTE* APPLICATION
FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782

1   Dan Roth (SBN 270569)
    LAW OFFICE OF DAN ROTH
2   803 Hearst Ave.
    Berkeley, CA 94710
3   Telephone: (510) 849-1389
    dan@drothlaw.com
4

5   Dustin Pusch*
    MEIER WATKINS PHILLIPS PUSCH LLP
6   1120 20th Street NW, Suite 550
    Washington, DC 20036
7   Telephone: (202) 318-3655
    dustin.pusch@mwpp.com
8   *Pro Hac Vice Application Forthcoming

9   Attorneys for Applicant Leroy Bressington

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12

13  In re Ex Parte Application of          MISCELLANEOUS CASE NO.:

14  Leroy Bressington,

15  Applicant,                             [PROPOSED] ORDER GRANTING LEROY
                                           BRESSINGTON'S EX PARTE
16  For an Order Pursuant to 28 U.S.C. § 1782   APPLICATION FOR AN ORDER
                                           PURSUANT TO 28 U.S.C. § 1782
    Granting Leave to Obtain Discovery     GRANTING LEAVE TO OBTAIN
17  from Reddit, Inc. and Meta Platforms, Inc.  DISCOVERY

18

19                        [PROPOSED] ORDER
20
            This matter comes before the Court on Leroy Bressington's Ex Parte Application for an
21
    Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign
22
    Proceedings (the "Application"), seeking discovery from Reddit, Inc. ("Reddit") in connection with
23
    contemplated legal proceedings in Australia.
24
            The Court, having fully considered the Application, and good cause appearing, **HEREBY**
25
    **GRANTS** the Application.
26
            **IT IS HEREBY ORDERED** that:
27
            1.      Leroy Bressington is granted leave to issue a subpoena for certain documents to
28

                                    - 1 -

Reddit in a form substantially similar to the subpoena attached as **Exhibit 2** to the Application.

      **IT IS SO ORDERED.**

Dated: _____    _____

# EXHIBIT 2

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of California

| | |
|---|---|
| In re: Application of Leroy Bressington | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No. |
| | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:     Reddit, Inc. c/o Corporation Service Company, 2710 Gateway Drive, Suite 150N, Sacramento, CA 95833

*(Name of person to whom this subpoena is directed)*

✔ ❑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached Attachment A.

| Place: By email to: Dan Roth, Law Office of Dan Roth, dan@drothlaw.com | Date and Time: |
|---|---|

❑ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
_____ , who issues or requests this subpoena, are:

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❑ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❑ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____                 _____
                                                                 *Server's signature*

                                                            _____
                                                                 *Printed name and title*

                                                            _____
                                                                 *Server's address*

Additional information regarding attempted service, etc.:

| Print | Save As... | Add Attachment | | Reset |

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1) For a Trial, Hearing, or Deposition.** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
    **(i)** is a party or a party's officer; or
    **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2) For Other Discovery.** A subpoena may command:
  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) Avoiding Undue Burden or Expense; Sanctions.** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2) Command to Produce Materials or Permit Inspection.**
  **(A) Appearance Not Required.** A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  **(B) Objections.** A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) Quashing or Modifying a Subpoena.**
  **(A) When Required.** On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    **(i)** fails to allow a reasonable time to comply;
    **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
    **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    **(iv)** subjects a person to undue burden.
  **(B) When Permitted.** To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
    **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

    **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  **(C) Specifying Conditions as an Alternative.** In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1) Producing Documents or Electronically Stored Information.** These procedures apply to producing documents or electronically stored information:
  **(A) Documents.** A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  **(B) Form for Producing Electronically Stored Information Not Specified.** If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  **(C) Electronically Stored Information Produced in Only One Form.** The person responding need not produce the same electronically stored information in more than one form.
  **(D) Inaccessible Electronically Stored Information.** The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) Claiming Privilege or Protection.**
  **(A) Information Withheld.** A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    **(i)** expressly make the claim; and
    **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  **(B) Information Produced.** If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

# ATTACHMENT A

# ATTACHMENT A

## INSTRUCTION

This Subpoena seeks documents relating to the SUBJECT REDDIT ACCOUNTS beginning with each account's creation through the time of compliance.

## DEFINITIONS

1.      "ALL" / "ANY" shall be construed broadly to include both the whole and any part thereof.

2.      "AND" / "OR" shall be construed inclusively, whether conjunctive or disjunctive, as necessary to bring within the scope of the request any responsive document or information.

3.      "ESI" means Electronically Stored Information created, stored, or utilized in digital form, including but not limited to writings, drawings, graphs, charts, photographs, sound recordings, images, electronically stored communications (such as e-mail, text messages, instant messages, or chat logs), databases, metadata, and any other data or data compilations that may be stored in any medium from which information can be obtained either directly or, if necessary, after translation by the responding party into a reasonably usable form. See Fed. R. Civ. P. 34(a)(1)(A).

4.      "DOCUMENT" shall be afforded the broadest interpretation permissible under law and includes all forms of writings and ESI, as defined in Fed. R. Civ. P. 34(a)(1)(A). A draft or non-identical copy shall be deemed a separate document.

5.      "REDDIT" refers to Reddit, Inc., including its officers, directors, employees, former employees, representatives, agents, subsidiaries, affiliates, and all other persons acting or purporting to act on its behalf.

6.    "RELATING TO" / "REFLECTING" shall mean concerning, referring to, evidencing, describing, constituting, embodying, comprising, identifying, analyzing, or otherwise pertaining to the subject matter of this action.

7.    "PERSONS" includes both natural persons and legal entities of any kind.

8.    "SUBJECT REDDIT ACCOUNTS" refers to the Reddit, Inc. accounts associated with the following Reddit accounts:

- Draftparachute

- Opening-Software-998

- Viiicesssss

- Correct-Sample-2833

- InteractionSquare876

- Itheangel

- Fantastic_Lion5704

- Puzzleheaded_Map206

- Official_Kanye_West

- Ibispire

- MathematicianAny9271

- No-Biscotti-9527

- Ok_Price7419

- Most_Roll4998

- Available-Big-4279

## DOCUMENT REQUESTS

**DOCUMENT REQUEST NO. 1:**

Produce all documents and ESI sufficient to identify the personally identifiable subscriber information associated with each SUBJECT REDDIT ACCOUNT, including but not limited to:

a) Full legal names;

b) Physical addresses;

c) Telephone numbers, including SMS recovery numbers and alternate sign-in numbers;

d) Alternative and recovery email addresses, including forwarding and fetching addresses;

e) Usernames, screennames, and all other identifiers;

f) Date of account creation;

g) Current account status;

h) Initial registration IP address and connection method;

i) Historical and current IP addresses;

j) Complete subscriber change history;

k) Payment sources and billing records;

l) Device information; and

m) GPS or other geolocation data.