1  **PERKINS COIE LLP**
   Julie E. Schwartz, Bar No. 260624
2  JSchwartz@perkinscoie.com
   1201 Third Avenue, Suite 4900
3  Seattle, Washington 98101-3099
   Telephone: +1.206.359.8000
4  Facsimile:  +1.206.359.9000

5  Timothy M. Carter, Bar No. 335212
   TCarter@perkinscoie.com
6  Saroop K. Sandhu, Bar No. 341475
   Ssandhu@perkinscoie.com
7  3150 Porter Drive
   Palo Alto, California 94304-1212
8  Telephone: +1.650.838.4300
   Facsimile: +1.650.838.4350
9
   Attorneys for Non-Party
10 REDDIT, INC.

11
                    **UNITED STATES DISTRICT COURT**
12
                    **NORTHERN DISTRICT OF CALIFORNIA**
13

14

15 | In re Ex Parte Application of                | Case No.  3:25-MC-80312-WHA
   | Leroy Bressington for Order Pursuant to 28   |
16 | U.S.C. § 1782                                 | **NON-PARTY REDDIT, INC.'S RESPONSE
                                                  | TO APPLICANT LEROY BRESSINGTON'S
17                                                | EX PARTE APPLICATION FOR AN ORDER
                                                  | PURSUANT TO 28 U.S.C. § 1782 GRANTING
18                                                | LEAVE TO OBTAIN DISCOVERY FOR USE
                                                  | IN FOREIGN PROCEEDINGS**
19
                                                    Judge:    Hon. William Alsup
20

21

22

23

24

25

26

27

28
3:25-MC-80312-WHA
NON-PARTY REDDIT, INC.'S RESPONSE TO EX PARTE APPLICATION FOR AN ORDER PURSUANT
TO 28 U.S.C. § 1782

1   Non-Party Reddit, Inc. ("Reddit") responds to Applicant Leroy Bressington's
2   ("Applicant") Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain
3   Discovery for Use in Foreign Proceedings ("Application"). Dkt. 1.
4   Reddit understands that Applicant is seeking authorization to serve a subpoena on Reddit
5   in connection with litigation in Australia. While Reddit takes no position on the preliminary
6   issuance of the proposed subpoena, Reddit reserves all rights and objections with respect to the
7   proposed subpoena, including under the standards of Section 1782, if it does issue. *See, e.g., CPC*
8   *Pat. Techs. Pty Ltd. v. Apple, Inc.*, 34 F.4th 801, 809 (9th Cir. 2022) ("*CPC*") (recognizing that
9   there may be subsequent motion to quash proceedings following the grant of a Section 1782
10  application); *In re Nagatsuki Ass'n*, No. 20-MC-80030-SVK, 2020 WL 887890, at *2 (N.D. Cal.
11  Feb. 24, 2020) ("orders granting § 1782 applications typically only provide that discovery is
12  'authorized,' and thus the opposing party may still raise objections and exercise its due process
13  rights by challenging the discovery after it is issued") (quotation omitted).
14  Even where non-parties have been served Section 1782 applications, courts recognize that
15  non-parties may raise challenges to subpoenas, including to preliminary Section 1782 findings,
16  after their issuance. *See, e.g.*, *In re Ex Parte Application of Kakedzuka Mfg. Co.*, Ltd., Case No,
17  22-mc-80133-NC, Dkt. 11 (N.D. Cal. July 29, 2022) (granting Section 1782 application with
18  consent of the parties but allowing provider and account holder a period of time to move to quash
19  the subpoena following service); *In re Bayer Healthcare LLC*, No. C 14-80138 WHA, 2014 WL
20  3805807, at *2 (N.D. Cal. May 14, 2014) (granting 1782 application but noting that this
21  determination "is without prejudice to [the non-party] moving to quash or modify the subpoena"
22  and "this order in no way blesses the scope of the subpoena.") (Alsup, J.).
23  Reddit respectfully requests that any order granting the Application expressly recognize
24  Reddit's right to provide user notice and challenge any subpoena that issues. Reddit intends to
25  object to the proposed subpoena on numerous grounds, including, but not limited to, that:

- Applicant does not appear to have met the standards set forth in 28 U.S.C. § 1782 for issuance of a subpoena. For example, it is not clear that Applicant has established, as to the Reddit user(s) he seeks to identify, that the discovery sought is for use in an Australian proceeding.

- Given the breadth of the proposed subpoena, Applicant's request does not appear to satisfy the *Intel* factors, including because it appears to be an attempt to circumvent the policies of the United States. *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 264-65 (2004).

- The subpoena appears to be "a fishing expedition or a vehicle for harassment." Order Denying Ex Parte Application at 5, *In re Ex Parte Application of Medical Corporation Shiseikai*, No. 4:21-mc-80131-KAW (N.D. Cal. Dec. 17, 2021) (quoting *In re Hedrick House Ltd.*, No. SA MC 20-00005-DOC (DFM), 2020 WL 3965999, at *1 (C.D. Cal. Mar. 31, 2020)). Among other things, it is unclear how the posts at issue are actionable under Australian law, beyond Applicant's counsel's conclusory declaration that they would be.

- To the extent applicable, Applicant has not met the standards for unmasking anonymous speakers under the First Amendment. *See Smythe v. Does 1-10*, No. 15-mc-80292-LB, 2016 WL 54125 (N.D. Cal. Jan. 5, 2016) (denying the motion to enforce a subpoena where movant failed to overcome social media user's First Amendment right to anonymous speech).

- Applicant has not sufficiently described "the legal and factual bases for a contemplated foreign legal proceeding, and to explain how the discovery the applicant seeks will aid prosecution of that proceeding." *In re Takada,* No. 22-MC-80221-VKD, 2023 WL 1442844, at *6 (N.D. Cal. Feb. 1, 2023).

- Finally, the proposed subpoena appears to contravene the federal Stored Communications Act ("SCA"), 18 U.S.C. §§ 2701, *et seq.*, which prohibits Reddit from indirectly or directly disclosing the contents of user communications. *See, e.g., Suzlon Energy Ltd. v. Microsoft Corp.*, 671 F.3d 726, 730 (9th Cir. 2011) (non-governmental entities may not obtain the content of communications with a civil discovery demand because it would "invade[] the specific interests that the [SCA] seeks to protect."); *O'Grady v. Superior Court*, 139 Cal. App. 4th 1423, 1441-47 (2006) (holding that the SCA bars civil litigants from obtaining communications content from a service provider); *Optiver Australia Pty. Ltd. v. Tibra Trading Pt. Ltd.*, Case No. C 12-80242 EJD (PSG), 2013 WL 256771, at *3 (N.D. Cal. Jan. 23, 2013) (finding demand for content impermissible in the context of a Section 1782 proceeding). For example, the proposed subpoena broadly requests "all documents" sufficient to identify "subscriber information" for each identified Reddit account. As currently drafted, this request could encompass communication, which Reddit is legally prohibited from disclosing.

Should the proposed subpoena issue, Reddit intends to meet and confer regarding the requests and, if necessary, seek intervention from the Court.

| | | |
|---|---|---|
| 1 | Dated: November 14, 2025 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By: */s/ Julie E. Schwartz* |
| 4 | | Julie E. Schwartz |
| | | Timothy M. Carter |
| 5 | | Saroop K. Sandhu |
| 6 | | Attorneys for Non-Party REDDIT, INC. |